Robert J. Hoffman, California Bar No. 302687
rjhoffman@bclplaw.com
Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bclplaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100

Attorneys for Defendants Walgreen Co.,
Walgreens Specialty Pharmacy, LLC,
Walgreen Pharmacy Services Midwest, LLC,
and Walgreens Health Services, LLC

CAPTION CONTINUED ON FOLLOWING PAGE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD SPEARMAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN CO.; WALGREENS SPECIALTY PHARMACY, LLC; WALGREEN PHARMACY SERVICES MIDWEST, LLC; WALGREENS HEALTH SERVICES, LLC; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02691-WLH-RAO<br><br>Hon. Wesley L. Hsu<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 23(e) AND 41(a)(2)**<br><br>Complaint served: March 10, 2023<br>Removal filed: April 10, 2023 |

Jonathan M. Genish (State Bar No. 259031)
jgenish@blackstonepc.com
Barbara DuVan-Clarke (State Bar No. 259268)
BDC@blackstonepc.com
Alexander K. Spellman (State Bar No. 250398)
aspellman@blackstonepc.com
P.J. Van Ert (State Bar No. 234858)
pvanert@co.shasta.ca.us
Lara G. Heckman (State Bar No. 345491)
lheckman@blackstonepc.com
**BLACKSTONE LAW, APC**
8383 Wilshire Boulevard, Suite 745
Beverly Hills, California 90211
Telephone: (310) 622-4278/ Fax: (855) 786-6356

Attorneys for Plaintiff Richard Spearman

*Bryan Cave Leighton Paisner LLP*
*1920 Main Street, Suite 1000*
*Irvine, California 92614*

Pursuant to Fed. R. Civ. P. 23(e) and 41(a)(2), Plaintiff RICHARD SPEARMAN ("Plaintiff") and Defendants WALGREENS SPECIALTY PHARMACY, LLC; WALGREEN PHARMACY SERVICES MIDWEST, LLC; and WALGREENS HEALTH SERVICES, LLC ("Defendants"), by and through their undersigned attorneys, file this Stipulation regarding dismissal of the entire action without prejudice.

WHEREAS, on February 24, 2023, Plaintiff filed a Class Action Complaint for Damages against Defendants;

WHEREAS, on May 1, 2023, Plaintiff filed a First Amended Class Action Complaint for Damages and Enforcement Action Under the Private Attorneys General Act, California Labor Code §§ 2698 et seq.;

WHEREAS, on June 5, 2023, Defendants filed a Motion to Dismiss and Strike Plaintiff's First Amended Complaint;

WHEREAS, on July 7, 2023, the Court granted Defendants' Motion to Dismiss, in part;

WHEREAS, Plaintiff desires to dismiss the entire action without prejudice and file a separate action in California state court that only asserts claims under the California Private Attorneys General Act;

WHEREAS, Plaintiff's dismissal is without prejudice to any defenses that Defendants asserted in this case or any defenses they may assert in any subsequently filed case;

WHEREAS, Defendants are not providing any consideration in exchange for Plaintiff's dismissal;

WHEREAS, no notice of this case was distributed to the putative class and no class was certified;

WHEREAS, the dismissal without prejudice of the class claims will not adversely affect the rights of the putative class, nor should it require notice to the putative class;

WHEREAS, Plaintiff and Defendants agree to bear their own attorneys' fees and costs.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** that the entire action be dismissed without prejudice and without prejudice to Defendants' defenses.

**IT IS FURTHER STIPULATED** that Plaintiff and Defendants shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  July 27, 2023

Robert J. Hoffman
Allison C. Eckstrom
Christopher J. Archibald
**BRYAN CAVE LEIGHTON PAISNER LLP**

By:  */s/ Christopher J. Archibald*
      Christopher J. Archibald
Attorneys for Defendants Walgreen Co.,
Walgreens Specialty Pharmacy, LLC,
Walgreen Pharmacy Services Midwest, LLC,
and Walgreens Health Services, LLC

Dated:  July 27, 2023

Barbara DuVan-Clarke
Alexander K. Spellman
P.J. Van Ert
Lara Heckman
**BLACKSTONE LAW, APC**

By:  */s/ Barbara DuVan-Clarke*
      Barbara DuVan-Clarke
Attorneys for Plaintiff Richard Spearman

Pursuant to Local Rule 5-4.3.4, I, Christopher J. Archibald, attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.