# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD SPEARMAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN CO.; WALGREENS SPECIALTY PHARMACY, LLC; WALGREEN PHARMACY SERVICES MIDWEST, LLC; WALGREENS HEALTH SERVICES, LLC; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02691-WLH-RAO<br><br>Hon. Wesley L. Hsu<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 23(e) AND 41(a)(2) [32]**<br><br>Complaint served: March 10, 2023<br>Removal filed: April 10, 2023 |

Good cause having been shown therefor, based on the parties' Joint Stipulation to Dismiss Entire Action Without Prejudice Pursuant to Fed. R. Civ. P. 23(e) and 41(a)(2), it is HEREBY ORDERED:

1. The entire action is dismissed without prejudice and without prejudice to Defendants' defenses;

2. No notice of this order to the putative class is required because no notice of this case was distributed to the putative class, no class was certified, and the dismissal without prejudice will not adversely affect the rights of the putative class; and

3. Plaintiff and Defendants shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 27, 2023

HON. WESLEY L. HSU
United States District Judge